B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

### Eastern District Of New York

| | | |
|---|---|---|
| In re   Krista Francis Selig, Pro Se   ,<br>Debtor | ) | Case No. 8-17-70042-REG |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| JP Morgan Chase, NA<br>Plaintiff | ) | |
| | ) | |
| v. | ) | Adv. Proc. No. _____ |
| | ) | |
| Krista Francis Selig<br>Defendant | ) | |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk: Bankruptcy Clerk's Office
        United States District Court
        Eastern District of New York
        Long Island Courthouse
        100 Federal Plaza
        Central Islip, NY 11722

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
        Marguerite M. Schaffer, Esq.
        Shain Schaffer PC
        150 Morristown Road, Suite 105
        Bernardsville, NY 07924

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                              _____ (Clerk of the Bankruptcy Court)

Date: _____        By: _____ (Deputy Clerk)

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## _____Eastern_____ District Of _____New York_____

In re __Krista Francis Selig, Pro Se__,  )   Case No. 8-17-70042-REG
        Debtor )
         )   Chapter  7
         )
JP Morgan Chase, NA )
        Plaintiff )
         )
        v. )   Adv. Proc. No. _____
         )
Krista Francis Selig )
        Defendant )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk: Bankruptcy Clerk's Office
                          United States District Court
                          Eastern District of New York
                          Long Island Courthouse
                          100 Federal Plaza
                          Central Islip, NY 11722

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
                Marguerite M. Schaffer, Esq.
                Shain Schaffer PC
                150 Morristown Road, Suite 105
                Bernardsville, NY 07924

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                _____ (Clerk of the Bankruptcy Court)

    Date: _____          By: _____(Deputy Clerk)

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## _____Eastern_____ District Of _____New York_____

| | | |
|---|---|---|
| In re __Krista Francis Selig, Pro Se__ , <br> Debtor | ) <br> ) <br> ) <br> ) | Case No. __8-17-70042-REG__ <br><br> Chapter __7__ |
| __JP Morgan Chase, NA__ <br> Plaintiff <br><br> v. <br><br> __Krista Francis Selig__ <br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | <br><br><br> Adv. Proc. No. _____ |

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

        Address of the clerk: Bankruptcy Clerk's Office
                          United States District Court
                          Eastern District of New York
                          Long Island Courthouse
                          100 Federal Plaza
                          Central Islip, NY 11722

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

        Name and Address of Plaintiff's Attorney:
                          Marguerite M. Schaffer, Esq.
                          Shain Schaffer PC
                          150 Morristown Road, Suite 105
                          Bernardsville, NY 07924

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                      _____ (Clerk of the Bankruptcy Court)

Date: _____       By: _____(Deputy Clerk)

# United States Bankruptcy Court

## _____Eastern_____ District Of _____New York_____

In re ___Krista Francis Selig, Pro Se___ ,  ) Case No. <u>8-17-70042-REG</u>
                Debtor  )
                                    ) Chapter  7
                                    )
<u>JP Morgan Chase, NA</u>  )
              Plaintiff  )
                                      )
              v.  ) Adv. Proc. No. _____
                                )
<u>Krista Francis Selig</u>  )
              Defendant  )

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk: Bankruptcy Clerk's Office
                             United States District Court
                             Eastern District of New York
                             Long Island Courthouse
                             100 Federal Plaza
                             Central Islip, NY 11722

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
                          Marguerite M. Schaffer, Esq.
                          Shain Schaffer PC
                          150 Morristown Road, Suite 105
                          Bernardsville, NY 07924

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                                                              _____ (Clerk of the Bankruptcy Court)

    Date: _____               By: _____(Deputy Clerk)

B2500A (Form 2500A) (12/15)

# United States Bankruptcy Court

## _____Eastern_____ District Of _____New York_____

| | | |
|---|---|---|
| In re __Krista Francis Selig, Pro Se__, )<br>Debtor ) <br> ) <br> ) <br>JP Morgan Chase, NA _____ ) <br>Plaintiff ) <br> ) <br>v. ) <br> ) <br>Krista Francis Selig _____ ) <br>Defendant ) | | Case No. 8-17-70042-REG <br><br> Chapter 7 _____ <br><br><br><br><br><br> Adv. Proc. No. _____ |

### SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk: Bankruptcy Clerk's Office
                           United States District Court
                           Eastern District of New York
                           Long Island Courthouse
                           100 Federal Plaza
                           Central Islip, NY 11722

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and Address of Plaintiff's Attorney:
                      Marguerite M. Schaffer, Esq.
                      Shain Schaffer PC
                      150 Morristown Road, Suite 105
                      Bernardsville, NY 07924

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

                                               _____ (Clerk of the Bankruptcy Court)

Date: _____        By: _____(Deputy Clerk)